# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>JAMES L. GEORGE, PAUL E. BRODHAGEN and MICHAEL J. WRIGHT,<br><br>      Defendants. | CIVIL ACTION FILE NO.<br><br>1:02-CV-3310-HTW |

## ORDER

This matter having come before the Court on the Funds Administrator's Final Report and Notice of Final Distribution (the "Final Report"), and the Court having considered the Final Report and the attached exhibit provided in support thereof,

**IT IS HEREBY ORDERED** that, if any distribution check to an investor has not been cashed by September 10, 2010, the Funds Administrator is authorized to donate the unclaimed funds corresponding to such check to the United States Treasury Department.

**IT IS FURTHER ORDERED** that the Funds Administrator is authorized to donate the $18.09 in interest received by the Funds Administrator after the

Registry Funds were distributed to investors, as referenced in the Final Report, to the United States Treasury Department.

**IT IS FURTHER ORDERED** that S. Gregory Hays is discharged from his duties and responsibilities as Funds Administrator under the Court's Order dated July 7, 2009 (Doc. No. 41 (the "Funds Administrator Order")).

**IT IS FURTHER ORDERED** that neither the Funds Administrator nor any attorney, accountant, or consultant hired by the Funds Administrator to assist in his administration of the Registry Funds (the "Funds Administrator Team"), shall have any liability to any person or entity for any action taken in good faith in connection with carrying out the procedures set forth in this Order or the Funds Administrator Order.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction over any and all matters relating to the administration and/or distribution of the Registry Funds. To the extent any dispute arises concerning the Funds Administrator's administration and/or distribution of the Registry Funds, or to the extent any person or entity seeks to pursue or assert any claim or action against the Funds Administrator or any member of the Funds Administrator Team arising out of or related to the administration and/or distribution of the Registry Funds, the Court shall retain jurisdiction to hear and resolve any such dispute or claim.

**SO ORDERED**, this 26th day of August, 2010.

s/*HORACE T. WARD*_____
Horace T. Ward, Senior Judge
United States District Court
